UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHI VALENCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No.: 1:22-cv-00098-DAD-SKO<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 23)**<br><br>Judge: Hon. Ana de Alba<br>Complaint Filed:  January 24, 2022<br>Trial Date:            October 17, 2023 |

Per the stipulation of Plaintiff Anahi Valencia, an individual, and Minerva Leyva, an individual ( "Plaintiff") and Defendant Mercedes-Benz USA, LLC, ("MBUSA") (collectively, the "Parties") and the supporting Declaration of Nathaniel R. Cowden (Doc. 23), the May 10, 2022 scheduling order (Doc. 18) is hereby MODIFIED as follows:

///

///

///

1

**ORDER ON STIPULATION TO AMEND THE MAY 10, 2022 SCHEDULING ORDER (DKT. 18) RE DISCOVERY DEADLINES**

   **Non-Expert Discovery**: Thursday, December 22, 2022
   **Expert Disclosures**: Friday, December 23, 2022
   **Rebuttal Expert Disclosures**: Friday, January 6, 2023
   **Expert Discovery**: Friday, January 20, 2023.

All other dates set forth in the Scheduling Order remain as set.

IT IS SO ORDERED.

Dated:   **October 28, 2022**　　　　　　　　　　*/s/ Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

**ORDER ON STIPULATION TO AMEND THE MAY 10, 2022 SCHEDULING ORDER (DKT. 18) RE DISCOVERY DEADLINES**