1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANAHI VALENCIA, an individual,

    Plaintiff,

         v.

MERCEDES-BENZ USA, LLC, a
Delaware Limited Liability
Company,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:22-cv-00098-ADA-SKO

**ORDER ON STIPULATION TO
MODIFY SCHEDULING ORDER**

**(Docs. 27 & 28)**

Judge: Hon. Ana de Alba
Complaint Filed:    January 24, 2022
Trial Date:         October 17, 2023

Per the stipulation of Plaintiff Anahi Valencia, an individual, and Minerva Leyva, an individual ("Plaintiff") and Defendant Mercedes-Benz USA, LLC, ("MBUSA") (collectively, the "Parties") and the supporting Declaration of Nathaniel R. Cowden (Doc. 28), the October 28, 2022 scheduling order (Doc. 24) is hereby MODIFIED as follows:

///

///

///

///

1

**Discovery Deadlines:**
**Non-Expert Discovery**: Wednesday, March 22, 2023
**Expert Disclosures**: Thursday, March 23, 2023
**Rebuttal Expert Disclosures**: Thursday, April 6, 2023
**Expert Discovery**: Thursday, April 20, 2023

**Non-Dispositive Motion Deadlines:**
Filing: July 19, 2023
Hearing: August 30, 2023[1]

**Dispositive Motion Deadlines:**
Filing: July 19, 2023
Hearing: September 11, 2023[2]

**Pre-Trial Conference**:
February 12, 2024 at 1:30 p.m.[3]
Courtroom 1

**Trial**: April 16, 2024 at 8:30 a.m.
Courtroom 1 (5-7 Trial Days).

All other dates set forth in the Scheduling Order remain as set.

IT IS SO ORDERED.

Dated: __**December 13, 2022**__            _____/s/ *Sheila K. Oberto*_____
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The hearing on the non-dispositive motions was set on August 30, 2023, because such motions are heard by the undersigned on Wednesdays at 9:30 a.m.  Furthermore, given that the parties already have a settlement conference scheduled for July 27, 2023 (*see* Doc. 25), the deadline for the parties to propose dates for a settlement conference has been omitted from this order.
[2] The date for the hearing on dispositive motions was enlarged because September 4, 2023, is a holiday.
[3] The dates for the pre-trial conference and trial were enlarged pursuant to the schedule of the assigned District Judge.