1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ANAHI VALENCIA,

      Plaintiff,

   v.

MERCEDES-BENZ USA, LLC,

      Defendant.

_____/

Case No.  1:22-cv-00098-ADA-SKO

**ORDER RE: DISCOVERY DISPUTES**

**(Doc. 30)**

     Pending before the Court is Plaintiff Anahi Valencia's motion to compel, filed February 28, 2023 (Doc. 30), and Defendant Mercedes-Benz USA, LLC's request for an informal discovery dispute conference.

     This is not the first time the parties have attempted to bring their discovery disputes before this Court.  On December 9, 2022, the Court convened a telephonic conference to discuss their disputes, and observed that both parties had not adequately met and conferred to resolve or narrow the scope of their disputes.  (*See* Doc. 26.)  Both Plaintiff's motion to compel and Defendant's informal discovery dispute summary indicate *this still has not been done*.  According to the parties' submissions, since the Court ordered the parties to meet and confer in December 2022, Defendant sent two emails and one letter to Plaintiff, and Plaintiff sent one email to Defendant, regarding their respective discovery disputes.  This is not sufficient.

     Both Local Rule 251 and this Court's informal discovery dispute practice protocol require that the parties meet and confer with each other in attempt to resolve their differences.  This requires, in addition to any written correspondence in which the parties engage (letters and/or email), that the

parties *speak with each other about their discovery disputes*.  This requirement may be accomplished in person, over the telephone, or through videoconferencing.

In view of the parties' failure to meet and confer meaningfully, their discovery disputes are premature.  Accordingly, Plaintiff's motion to compel (Doc. 30), and Defendant's request for an informal discovery dispute, are DENIED WITHOUT PREJUDICE, subject to being renewed after the parties have adequately met and conferred in accordance Local Rule 251 and this Court's protocol.

The parties' fact discovery deadline is currently March 22, 2023. (*See* Doc. 29.)  The Court reiterates that any discovery dispute must be "heard sufficiently in advance of the discovery cutoff so that the Court may grant effective relief within the allotted discovery time." (Doc. 18 at 3.  *See also* Doc. 26.)

IT IS SO ORDERED.

Dated:   **March 2, 2023**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE