# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANAHI VALENCIA,

    Plaintiff,

  v.                                                                     Case No. 1:22-cv-00098-ADA-SKO

MERCEDES-BENZ USA, LLC,

    Defendant.
_____/

**ORDER**

On March 16, 2023, the parties appeared telephonically for an informal discovery dispute conference. Allen Amarkarian, Esq., appeared on behalf of Plaintiff Anahi Valencia ("Plaintiff"), and Nathaniel Cowden, Esq., appeared on behalf of Defendant Mercedes-Benz USA, LLC ("Defendant").

After reviewing the parties' submissions and hearing the parties' arguments, the Court makes the following findings and orders:

**1. Defendant's Issues: Deposition of Plaintiff and the Vehicle Inspection**

The parties confirmed that, per the parties' prior agreement, Plaintiff's deposition commenced today and the inspection of the subject vehicle[1] is set to occur on March 20, 2023.

---

[1] "Subject Vehicle" refers to the new 2019 Mercedes-Benz A220W, VIN No: WDD3G4EB0KW034178 purchased by Plaintiff and at issue in this litigation. "ECU" refers to electrical control unit.

Accordingly, the Court deems these issues resolved.

**2. Plaintiff's Issues**

Plaintiff requests that the Court order Defendant to produce documents encompassed by the following three requests:

    **a.** *Request 1*

First, Plaintiff seeks "internal policies and procedures regarding [Defendant's] compliance with its affirmative duty under the Song-Beverly Act for repurchase of defective vehicles it is unable to repair after a reasonable number of attempts." Defendant represented that it has produced all non-privileged documents in its possession, custody, or control that are delineated by this request. Accordingly, Plaintiff's request for these documents is **DENIED as MOOT**.

    **b.** *Request 2*

Second, Plaintiff seeks "internal reports concerning [Defendant's] evaluation of the same defects found in vehicles of the same year, make, and model, that are present and can be identified within the Subject Vehicle's ECU." The Court finds that this information is relevant, limited, and appropriately designed to obtain information about the alleged vehicle defects at issue in this litigation. *See* Fed. R. Civ. P. 26(b)(1). Thus, the Court **GRANTS** Plaintiff's request for these documents. Defendant is hereby **ORDERED** to produce internal reports concerning its evaluation of the "same defects found in vehicles of the same year, make, and model that are present and can be identified within the Subject Vehicle's ECU." Such information shall be limited to those vehicles sold in United States, not solely in California. *See Scherer v. FCA US, LLC*, 538 F. Supp. 3d 1002, 1004-07 (S.D. Cal. 2021) ("The Court also finds that the correct geographical limitation is the United States, not California.").

    **c.** *Request 3*

Third, Plaintiff seeks the "Xentry report found within the Subject Vehicle's ECU that log[s] all fault codes ever identified and archived by the Subject Vehicle, which includes codes and defects not disclosed within the repair orders provided to consumers like Plaintiff." The Court finds that this request seeks discoverable information and is appropriately limited to the particular vehicle at issue in this case. *See* Fed. R. Civ. P. 26(b)(1). Thus, the Court **GRANTS** Plaintiff's

request for this document.  Defendant is hereby **ORDERED** to produce the "Xentry report found within the Subject Vehicle's ECU that log[s] all fault codes ever identified and archived by the Subject Vehicle, which includes codes and defects not disclosed within the repair orders provided to consumers like Plaintiff."  *See, e.g., Scherer*, 538 F. Supp. 3d at 1005-06.

**3.   Deadlines for Compliance and Limited Enlargement of the Non-Expert Discovery Deadline**

To permit the parties time to comply with this Order, the Court hereby **EXTENDS** the deadline for non-expert discovery **to May 26, 2023**, for the sole purpose of (1) Defendant producing all non-privileged documents within its possession, custody, or control that are encompassed by the foregoing two requests for documents **by April 17, 2023**; and (2) for the deposition of Defendant's corporate designee(s) under Fed. R. Civ. P. 30(b)(6) **by May 11, 2023**.

IT IS SO ORDERED.

Dated:   **March 16, 2023**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

3