UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHI VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | No. 1:22-cv-00098-KES-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 84) |

On October 30, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 84.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 31, 2024**          /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE